# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2030
_____

LOCAL UNION 108,
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,
TAMPA, FLORIDA,

    Appellant,

    v.

CITY OF LEESBURG and PUBLIC
EMPLOYEES RELATIONS
COMMISSION,

    Appellees.

_____

On appeal from a Final Order of the Public Employees Relations Commission.

January 10, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tobe Lev and Nick Wolfmeyer of Egan, Lev & Siwica, P.A., Orlando, for Appellant.

Stephanie McCulloch, Leesburg, for Appellee City of Leesburg and Carlos R. Lopez, Staff Attorney, Public Employees Relations Commission, Tallahassee, for Appellee Public Employees Relations Commission.